IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JERRY LEE SOUTH**     **PLAINTIFF**

**V.**     **CIVIL ACTION NO. 1:15-CV-78-SA-DAS**

**MISSISSIPPI METHODIST**
**SENIOR SERVICES, INC.**     **DEFENDANT**

## ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE

The court takes up, *sua sponte*, the dismissal of this case. The Clerk of Court has served on the plaintiff three notices of incomplete process as to the defendant. The Plaintiff has not responded. The court cannot process this case in an expeditious manner. As such, this case is hereby **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under Federal Rule of Civil Procedure 41(b).

**SO ORDERED, this the 31st day of August, 2015.**

                                             /s/ Sharion Aycock
                                             **UNITED STATES DISTRICT JUDGE**